1  Douglas R. Plymale
   James R. Dugan, II
2  **The Dugan Law Firm**
   365 Canal St., Suite 1000
3  New Orleans, LA 70130
   Telephone: (504) 648-0180
4  Fax: (504) 648-0181

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 05-4299 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Terry Bridges,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Pfizer Inc,<br><br>　　　　　Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiff in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice as to all parties,** with each side bearing

//
//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | its own attorneys' fees and costs.

2

3 | DATED: May 20, 2011     By: _____

4 | THE DUGAN LAW FIRM
365 Canal St., Suite 1000
5 | New Orleans, LA 70130
Telephone: (504) 648-0180
6 | Fax: (504) 648-0181

7 | *Attorneys for Plaintiffs*

8

9

10 | DATED: June 1, 2011     By: _____

11 | **DLA PIPER LLP (US)**
1251 Avenue of the Americas
12 | New York, New York 10020
Telephone: (212) 335-4500
13 | Facsimile: (212) 335-4501

14 | *Defendants' Liaison Counsel*

15

16 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17

18 | Dated: 6-7-2011

19 | Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**